THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of
 Social Services,        Respondent,
 
 
 

v.

 
 
 
 Joanna Payne and Antonio
 Holden, and Jaida Holden, DOB: 12/12/01, A minor
 child,        Defendants,
 of whom Antonio Holden
 is        Appellant.
 
 
 

Appeal From York County
Robert E. Guess, Family Court Judge

Unpublished Opinion No.
2005-UP-433
Submitted July 1, 2005  Filed July 13, 2005

AFFIRMED

 
 
 
 Myron B. Boloyan, of Lake Wylie,
 for Appellant.
 Cherie T. Barton, of York,
 for Respondent.
 Christopher A. Wellborn, of Rock
 Hill, for Guardian Ad Litem.
 
 
 

PER CURIAM:  This appeal
arises from the termination of the parental rights of Antonio Holden to his
minor daughter.  The court found his parental rights should be terminated
on four grounds:  1) willful failure to provide support; 2) willful failure
to visit; 3) Holden has a diagnosable condition of drug addiction that is
unlikely to change within a reasonable time; and 4) the child has been in DSS
custody for 15 of the most recent 22 months.  Additionally, the court found
termination was in the best interest of the child.  See S.C. Code
Ann. § 20-7-1572 (Supp. 2004).
After a thorough review of the
record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987),
we affirm[1] the family courts
ruling and grant counsels petition to be relieved.
AFFIRMED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.